**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| MAGOMED EDILOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:08-CV-285 |
| | ) | |
| JUDGE CHARLES PRATT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter is before the Court on *pro se* Plaintiff Magomed Edilov's motion to appoint an interpreter. (Docket # 38.) For the following reasons, Edilov's motion will be denied.

The Court's use of an interpreter is governed by statute, 28 U.S.C. § 1827 (providing for Court's provision of interpreters in civil or criminal litigation initiated by the United States), and Federal Rule of Civil Procedure 43(d). However, there is no requirement that the Court provide one for the plaintiff in this civil matter, and Congress did not allocate funds for the payment of interpreters for civil litigants. *See, e.g., Perez v. Zunker*, No. 05-C-711-C, 2007 WL 5313066 (W.D. Wis. June 19, 2007) ("Congress has provided no funding to the federal courts for the purpose of paying interpreters to assist litigants in civil cases."). Furthermore, Edilov has not shown that there is a basis for a court appointed interpreter; in fact, he has communicated in writing with the Court in English on a regular basis. Therefore, the Court perceives no need to provide Edilov with an interpreter at this juncture.

Accordingly, Edilov's motion (Docket # 38), is DENIED. However, Edilov remains free

to procure his own interpreter at his own expense, if he so chooses.

SO ORDERED. Enter for this 6th day of January, 2009.

<u>S/Roger B. Cosbey</u>
Roger B. Cosbey,
United States Magistrate Judge